# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JUSTIN DAVIS, Individually and on Behalf of All Others Similarly Situated,      )<br>)<br>)<br>)<br>Plaintiff,                                                                    )<br>)<br>v.                                                                                     )<br>)<br>XM SATELLITE RADIO HOLDINGS, INC.       )<br>and HUGH PANERO,                                                    )<br>)<br>Defendants.                                                          )<br>_____)   | **APPEARANCE**<br>Civ. A. No. 1:06-cv-00952-ESH |

To the Clerk of this Court and all parties of record:

Please enter the appearance of **CHRISTOPHER J. HERRLING** as counsel in this case for: XM Satellite Radio Holdings, Inc. and Hugh Panero.

June 5, 2006_____            /s/ Christopher J. Herrling_____
Date                                                            Signature

D.C. Bar No. 354837_____            Christopher J. Herrling_____
BAR IDENTIFICATION                              Print Name

                                                                WILMER CUTLER PICKERING
                                                                 HALE AND DORR LLP
                                                                1875 Pennsylvania Avenue NW
                                                                Washington, DC 20006
                                                                Tel: (202) 663-6000

## **CERTIFICATE OF SERVICE**

  I hereby certify that I have served the foregoing APPEARANCE by e-mail and by placing a copy of the same in the U.S. mail system, postage prepaid, on June 5, 2006 to:

    Daniel S. Sommers, Esq.
    COHEN MILSTEIN HAUSFELD & TOLL, PLLC
    1100 New York Avenue NW
    West Tower, Suite 500
    Washington, DC 20005
    Tel: (202) 408-4600
    dsommers@cmht.com

    **Counsel for Plaintiff Justin Davis**

      /s/ Lisa Gasparott_____
      Lisa Gasparott
      WILMER CUTLER PICKERING
       HALE AND DORR LLP
      1875 Pennsylvania Avenue NW
      Washington, DC 20037
      Tel: (202) 663-6000
      Fax: (202) 663-6363