# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JUSTIN DAVIS, Individually and on Behalf )
of All Others Similarly Situated, )
       )    **CORPORATE DISCLOSURE**
            Plaintiff, )    **CERTIFICATE PURSUANT TO**
       )    **FED. R. CIV. P. 7.1 & LCvR 7.1**
         v. )
       )    Civ. A. No. 1:06-cv-00952-ESH
XM SATELLITE RADIO HOLDINGS, INC. )
and HUGH PANERO, )
       )
          Defendants. )
_____)

Certificate required by Rule 7.1 of the Federal Rules of Civil Procedure and Rule 7.1 of the Local Rules of the United States District Court for the District of Columbia:

> I, the undersigned, counsel of record for XM Satellite Radio Holdings, Inc. ("XM"), certify that to the best of my knowledge and belief, XM has no parent companies or subsidiaries that have any outstanding equity securities in the hands of the public. XM Satellite Radio Inc., a wholly owned subsidiary of XM, has outstanding debt securities in the hands of the public. General Motors Corporation is an XM affiliate that has outstanding securities in the hands of the public. American Honda Motor Co., Inc. is an XM affiliate and indirectly publicly held corporation that owns in excess of 10 percent of XM's stock.

These representations are made in order that judges of this court may determine the need for recusal.

Respectfully submitted,

Dated: June 6, 2006                WILMER CUTLER PICKERING HALE AND DORR LLP

/s/ Charles E. Davidow
Charles E. Davidow, D.C. Bar No. 331702
Christopher J. Herrling, D.C. Bar No. 354847
John A. Valentine, D.C. Bar No. 473072
Michael A. Mugmon, D.C. Bar No. 485150
1875 Pennsylvania Avenue NW
Washington, DC 20006
Tel: (202) 663-6000
Fax: (202) 663-6363

-2-

## CERTIFICATE OF SERVICE

I hereby certify that I have served the foregoing CORPORATE DISCLOSURE CERTIFICATE PURSUANT TO FED. R. CIV. P. 7.1 & LCvR 7.1 by e-mail and by placing a copy of the same in the U.S. mail system, postage prepaid, on June 6, 2006 to:

Daniel S. Sommers, Esq.
COHEN MILSTEIN HAUSFELD & TOLL, PLLC
1100 New York Avenue NW
West Tower, Suite 500
Washington, DC 20005
Tel: (202) 408-4600
dsommers@cmht.com

**Counsel for Plaintiff Justin Davis**

/s/ Lisa Gasparott
Lisa Gasparott
WILMER CUTLER PICKERING
 HALE AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20037
Tel: (202) 663-6000
Fax: (202) 663-6363

-3-